Christopher Wright, OSB #045483
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
1215 Fourth Avenue, Suite 2210
Seattle, WA  98161-1016
P:	206-204-5800
F:	206-204-0284
E:	cwright@wthf.com

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DENISE SUBRAMANIAM, *pro se*,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>D. ANDREW BEAL; MGC MORTGAGE et al; LNV CORPORATION et al; DOVENMUEHLE MORTGAGE, INC. et al; FIDELITY NATIONAL TITLE COMPANY et al; HOMECOMINGS FINANCIAL NETWORK and RESIDENTIAL FUNDING LLC aka GMAC aka ALLY FINANCIAL et al; CAL-WESTERN RECONVEYANCE CORPORATION et al; EMC MORTGAGE and BEAR STEARNS aka J.P. MORGAN CHASE et al; JAMES DIMON; LITTON LOAN SERVICING LP aka OCWEN FINANCIAL CORPORATION et al; LSI TITLE COMPANY OF OREGON et al; JAMES DANFORTH QUAYLE; JOHN W. SNOW; SANFORD I. WEILL; PHIL GRAMM; Unnamed/yet unknown parties,<br><br>　　　　　Defendants. | Case No.  3:12-CV-1681 ST<br><br>**CORPORATE DISCLOSURE STATEMENT FOR DEFENDANT MGC MORTGAGE, INC.**<br><br>Pursuant to Fed. R. Civ. P. 7.1 |

CORPORATE DISCLOSURE STATEMENT - 1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant MGC Mortgage, Inc. ("MGC") hereby submits the following statement identifying its respective parent corporation and listing any publicly held company that directly or indirectly owns 10% or more of any class of the corporation's equity interest as follows:

MGC is a Texas corporation wholly owned by Property Acceptance Corp., a Texas corporation. Property Acceptance Corp. is not publicly traded and is wholly owned by Beal Bank, a privately owned Texas state savings bank.

DATED this 8th day of April, 2013.

WATT TIEDER HOFFAR & FITZGERALD, LLP

By: /s/ Christopher Wright
Christopher Wright, OSB #045483
Attorneys for Defendant MGC Mortgage, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that my firm served the foregoing **CORPORATE DISCLOSURE STATEMENT FOR DEFENDANT MGC MORTGAGE, INC.** upon the following parties on this 8th day of April, 2013.

**VIA US MAIL**
Denise Subramaniam
13865 SW Walker Rd
Beaverton, OR 97005
503-764-5300
PRO SE

**VIA ECF:**
billf@sussmanshank.com
eedling@houser-law.com
thering@dunncarney.com
tpurcell@martinbischoff.com
jthomas@rcolegal.com

DATED this 8th day of April, 2013.

WATT TIEDER HOFFAR & FITZGERALD, LLP

By: /s/ Christopher Wright
    Christopher Wright, OSB #045483
    Attorneys for Defendant MGC Mortgage, Inc.

7428280.1 102963.00012