Case 3:12-cv-01681-MO                                        Subramaniam v Beal et al

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISION

FILED30 APR '13 12:39USDC-ORP

| | |
|---|---|
| Denise Subramaniam, pro se<br>Plaintiff,<br>v.<br>D. Andrew Beal et al<br>Defendants | Civil Case No. 3:12 – CV – 1681 MO<br><br>Plaintiff's Objection to Joint<br>Request for Judicial Notice in<br>Support of Northwest Trustee<br>Services, Inc's and MGC's<br>Motion to Dismiss |

1   Plaintiff objects to NWTS's and MGC's joint request to take Judicial Notice of Facts

2   in 1 Exhibits attached to it. Plaintiff does not object to noticing they were recorded, the date

3   of recording and names of parties. The court may not notice the truth of its content (disputed

4   facts) (hearsay) *Herrera v. Deutsche Bank National Trust Co. (2011) 196 Cal.App. 4th, 1366,*

5   *1375.*

6   Taking judicial notice of a document is not the same as accepting the truth of its

7   contents or accepting a particular interpretation of its meaning.' [Citation] While

8   courts take judicial notice of public records, they do not take notice of the truth of

9   matters stated therein. [Citation] `When judicial notice is taken of a document, . . . the

10  truthfulness and proper interpretation of the document are disputable.' [Citation]"

11  (*Herrera v. Deutsche Bank National Trust Co. (2011) 196 Cal.App.4th 1366, 1375.*)

12  Accordingly, we take judicial notice of the existence of these court documents (Evid.

13  Code, §§ 452, subd. (d), 459, subd. (a)), but do not take notice of the disputed facts in

14  the documents. *Heritage Pac. Fin. v. Monroy No.A135274, A136043 (Dist 1-Div 2 -*

15  *3/29/13)*

---

COMPLAINT                                                                Page 1 of 2
Revised: July 20, 2010

Case 3:12-cv-01681-MO                                         Subramaniam v Beal et al

1      Plaintiff clearly disputes the validity and the negotiability of these documents filed in

2    her county in her Amended Complaint.


3    _____

4    Denise Subramaniam


5    _4-30-13_____

6    Date