UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

DENISE SUBRAMANIAM

Plaintiff(s),

v.

BEAL, ET AL.

Defendant(s).

Civil Case No. 3:12-CV-1681-MO

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*

Attorney ANDREW W. NOBLE requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**
Name: NOBLE (Last Name)   ANDREW (First Name)   W. (MI)   (Suffix)
Firm or Business Affiliation: SEVERSON & WERSON, APC
Mailing Address: ONE EMBARCADERO CENTER, SUITE 2600
City: SAN FRANCISCO   State: CA   Zip: 94111
Phone Number: 415-398-3344   Fax Number: 415-956-0439
Business E-mail Address: awn@severson.com

(2) **BAR ADMISSIONS INFORMATION:**

    (a) State bar admission(s), date(s) of admission, and bar ID number(s):
California; December 5, 2006; #245993

    (b) Other federal court admission(s), date(s) of admission, and bar ID number(s):
Northern Dist. of CA; 07/26/2008
Central Dist. of CA; 08/26/2008
Eastern Dist. of CA; 07/28/2008

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a) ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b) ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have a current professional liability insurance policy in the amount of $ _____ that will apply in this case, and that policy will remain in effect during the course of these proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Defendant Ally Financial Inc.

**(6)   CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this 15 day of May, 2013

*(Signature of Pro Hac Counsel)*

Andrew W. Noble
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 15 day of May, 2013

*(Signature of Local Counsel)*

Name: CAMPBELL    J. OWEN
   *(Last Name)*    *(First Name)*    *(MI)*    *(Suffix)*

Oregon State Bar Number: 054298
Firm or Business Affiliation: SEVERSON & WERSON
Mailing Address: 19100 Von Karman Avenue, Suite 700
City: Irvine    State: CA    Zip: 92612
Phone Number: (949) 442-7110    Business E-mail Address: joc@severson.com

---

**COURT ACTION**

☒ Application approved subject to payment of fees.
☐ Application denied.

DATED this 17 day of May, 2013

/s Michael W. Mosman
Judge

---