**Emilie K. Edling**, OSB #035931
E-mail: eedling@houser-law.com
HOUSER & ALLISON, APC
134 SE 5th Ave Ste A
PO Box 728
Hillsboro, OR 97123
Telephone: (503) 914-1382
Facsimile: (503) 914-1383
Attorney for Defendant Litton Loan Servicing, LP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| DENISE SUBRAMANIAM, pro se,<br><br>    Plaintiff,<br><br> v.<br><br>D. ANDREW BEAL, et al.,<br><br>    Defendants. | Civil No.: 3:12-CV-1681 ST<br><br>**DEFENDANT LITTON LOAN SERVICING, LP'S MOTION TO DISMISS**<br><br>Fed. R. Civ. P. 12(b)(6)<br><br>*Oral Argument Requested* |

## I. CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7-1(a), the parties made a good faith effort to resolve the motion via telephone and email conferral, but have been unable to resolve the issues.

## II. MOTION

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Litton Loan Servicing, LP ("Defendant" or "Litton"), erroneously named as "Litton Loan Servicing LP

Houser & Allison, APC
134 SE 5th Ave Ste A
Hillsboro, OR 97123
Telephone: 949-679-1111

**DEFENDANT LITTON LOAN SERVICING, LP'S
MOTION TO DISMISS
Page 1**

aka Ocwen Financial Corporation et al.," respectfully moves this Court to dismiss each and all of Plaintiff's claims for relief against Litton. Plaintiff's Complaint fails as a matter of law to state any claim for relief.

This motion is accompanied by Litton's Memorandum of Law.

Litton requests oral argument. This motion is brought in good faith and not for purposes of delay.

DATED this 29th day of May, 2013.

                HOUSER & ALLISON, APC


BY   /s/ *Emilie K. Edling*
      **Emilie K. Edling**, OSB #035931
      Telephone: (503) 914-1382
      Of Attorneys for Litton Loan Servicing, LP

**Houser & Allison, APC**

134 SE 5th Ave Ste A
Hillsboro, OR 97123
Telephone: 949-679-1111

**DEFENDANT LITTON LOAN SERVICING, LP'S MOTION TO DISMISS**
**Page 2**

## CERTIFICATE OF SERVICE

I, Emilie K. Edling, hereby certify that on the 29th day of May, 2013, I served the foregoing

**DEFENDANT LITTON LOAN SERVICING, LP'S MOTION TO DISMISS**

on the attorneys of record by mailing them a true copy thereof, contained in sealed envelopes, with postage prepaid, addressed to their last-known addresses as shown below, and deposited in the post office at Carlsbad, CA on said day.

**Served by ECF**

Christopher A. Wright
Watt Tieder Hoffar & Fitzgerald
1215 4th Avenue, Suite 2210
Seattle, WA 98161
Attorneys for MGC Mortgage

William G. Fig
Sussman Shank, LLP
1000 SW Broadway, Suite 1400
Portland, Oregon 97205
Attorneys for Ally Financial, Homecomings Financial Network and Residential Funding LLC aka GMAC aka Ally Financial

Timothy B. Hering
Dunn Carney Allen Higgins & Tongue, LLP
851 SW Sixth Avenue, Suite 1500
Portland, Oregon 97204
Attorneys for Cal-Western Reconveyance Corporation

John M. Thomas
Routh Crabtree Olsen PC
511 SW 10th Avenue, Suite 400
Portland, Oregon 97205
Attorneys for Northwest Trustee Services

Peter Steilberg, III
Merrick Hofstedt & Lindsey, PS
3101 Western Avenue, Suite 200
Seattle, WA 98121
Attorneys for LSI Title Company of Oregon

Houser & Allison, APC

134 SE 5th Ave Ste A
Hillsboro, OR 97123
Telephone: 949-679-1111

**DEFENDANT LITTON LOAN SERVICING, LP'S MOTION TO DISMISS**
**Page 3**

**Served by US Mail**

Denise Subramaniam
13865 SW Walker Road
Beaverton, Oregon 97005

Plaintiff

             */s/ Emilie K. Edling*
             Emilie K. Edling

**Houser & Allison, APC**

134 SE 5th Ave Ste A
Hillsboro, OR 97123
Telephone: 949-679-1111

**DEFENDANT LITTON LOAN SERVICING, LP'S MOTION TO DISMISS**
**Page 4**