IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**DENISE SUBRAMANIAM**, *pro se*,

    Plaintiff,

v.

**D. ANDREW BEAL, et al.**,

    Defendants.

No. 3:12-cv-01681-MO

JUDGMENT

**MOSMAN, J.**,

As provided by my Opinion and Order,

IT IS ORDERED AND ADJUDGED that defendants' motions to dismiss [31, 66, 105, 120, 127] are GRANTED and the complaint is DISMISSED with prejudice as to all named and unnamed defendants. All other pending motions are DENIED AS MOOT.

IT IS SO ORDERED.

DATED this __27th__ day of September, 2013.

    /s/ Michael W. Mosman
    MICHAEL W. MOSMAN
    United States District Judge

1 – JUDGMENT